**Order filed September 9, 2021**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-21-00453-CV
_____

**LISBETH STAHLHEBER WELSCH, Appellant**

**V.**

**DUSTIN P. ANJO, Appellee**

On Appeal from the 245th District Court
Harris County, Texas
Trial Court Cause No. 2014-60400A

# O R D E R

The notice of appeal in this case was filed August 12, 2021. To date, the filing fee of $205.00 has not been paid. No evidence that appellant is excused by statute or the Texas Rules of Appellate Procedure from paying costs has been filed. *See* Tex. R. App. P. 5. Therefore, the court issues the following order.

Appellant is ordered to pay the filing fee in the amount of $205.00 to the clerk of this court on or before **September 24, 2021**. *See* Tex. R. App. P. 5. If appellant fails to timely pay the filing fee in accordance with this order, the appeal will be dismissed.

PER CURIAM

Panel Consists of Justices Jewell, Spain, and Wilson.